IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FRANCISCO D. LOPEZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:17-CV-00936-GAF |
| ATLAS GENERAL INSURANCE SERVICES, LLC, et al., | ) |
| Defendants. | ) |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Certain Underwriters at Lloyd's of London subscribing to certificate number YF12WQ36-PRP-0066 ("Underwriters") to file this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.

Underwriters, the lead syndicate and following syndicates, is not publicly traded, has no parent corporation, and has no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

ROUSE FRETS GENTILE RHODES, LLC

By:*/s/Scott C. Grier*
Scott C. Grier   MO#68630
5250 W. 116th Place, Suite 400
Leawood, KS 66211
913-387-1600 – P; 913-928-6739 – F
sgrier@rousefrets.com
ATTORNEY FOR DEFENDANT CERTAIN
UNDERWRITERS OF LLOYD'S OF LONDON

# CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties and counsel who are filing users, and that service was accomplished on any counsel or party who is not a filing user by United States Mail on the 19th day of April, 2018.

            */s/Scott C. Grier*
            ATTORNEY FOR DEFENDANT CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON